■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NATHAN WHITE, Appellant. [724 NYS2d 350] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Ruchelsman, J.), rendered March 5, 1998, convicting him of manslaughter in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the People (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt (*see,* Penal Law § 125.15 [1]; § 15.05 [3]). Moreover, upon the exercise of our factual review, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]; *People v Gaimari,* 176 NY 84; *People v Martinez,* 186 AD2d 824).

There was no prosecutorial misconduct during summation. The prosecutor's remarks constituted fair comment on the evidence and were responsive to remarks made by the defense counsel (*see, People v Morgan,* 66 NY2d 255).

The defendant's contention that the trial court improperly sentenced him as a second felony offender by referring to case law from the State of Georgia to determine whether his conviction under a Georgia statute was the equivalent of a New York felony, is not preserved for appellate review (*see, People v Samms,* 95 NY2d 52). In any event, this contention is without merit (*see, People v Muniz,* 74 NY2d 464; *People v Jackson,* 211 AD2d 495). Altman, J. P., Krausman, Luciano and Cozier, JJ., concur.